ACCEPTED
03-15-00034-CV
5655743
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 12:14:03 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00034-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 12:14:03 PM
JEFFREY D. KYLE
Clerk

JUAN O. LOPEZ d/b/a J.J. CONSTRUCTION CO.;

Appellant

v.

DAVE H. BUCHHOLZ and MARY A. BUCHHOLZ

Appellees

On Appeal from the 274th Judicial District Court of Comal County, Texas
Cause No. C2014-0259C

**APPELLEE'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellees, Dave H. Buchholz and Mary A. Buchholz ("Buchholz"), pursuant to TEX. R. APP. P, Rules 10.5(b) and 38.6(d), asks this Honorable Court for an extension of fourteen (14) days, to and including June 26, 2015, within which to file its Response to Appellant's Brief in the above captioned matter, and would show as follows:

1.      This is Appellee's second request for an extension of time in which to file his Brief.

1

2. Buchholz's reply brief is currently due on June 12, 2015. Buchholz has contacted counsel Appellant Juan O. Lopez d/b/a J.J. Construction Co., ("J.J. Construction") and counsel does not oppose this requested extension.

3. The undersigned counsel has numerous professional commitments in several counties in Texas; included among those commitments is management of the Vethan Law Firm's San Antonio office.

4. Additionally, one of the Vethan Law Firm senior attorneys, Mr. Andrew Walker, was recently called to active duty in the Navy, and is currently on leave from his responsibilities with the firm. A second attorney, hired to help handle Mr. Walker's case load while on active duty, resigned without notice, which has significantly increased the burden on the remaining attorneys.

5. Appellee requests an extension of time for fourteen (14) days, until Friday, June 26, 2015.

6. Appellant's counsel is **not** opposed to the extension of time.

7. This request is not sought for delay, but so that justice may be done.

**Prayer**

For the foregoing reasons, Appellee respectfully asks this Honorable Court for an extension of the deadline to file Appellee's Brief for additional period of fourteen (14) days, that is, until June 26, 2015 and for such other and further relief to which he may be entitled.

Respectfully submitted,

THE VETHAN LAW FIRM, P.C.

/s/ *Joseph L. Lanza*

Joseph L. Lanza
Texas Bar No. 00784447
8700 Crownhill Blvd., Suite 302
San Antonio, Texas 78209
(210) 824-2220 voice
(210) 826-2223 facsimile
Counsel for Appellee,
Dave H. Buchholz and Mary A. Buchholz

## CERTIFICATE OF CONFERENCE

I certify that on June 12, 2015, I conferred with Appellant's counsel, Mr. Richard McSwain, regarding the requested extension and counsel is <u>not opposed</u> to the grant of such extension for an additional 14 days.

/s/ *J. Seth Grove*
J. Seth Grove

3

## CERTIFICATE OF SERVICE

I certify that on June 12, 2015, a true and correct copy of this was served to each

person listed below, per the Federal Rules of Appellate Procedure:

COATS|ROSE                                                      *Via ECF*
Richard C. McSwain
Adam J. Richie
Ryan T. Kinder
Jamie Cohen
1020 Northeast Loop 410, Suite 800
San Antonio, Texas 78209
Attorney for Juan O. Lopez d/b/a J.J. Construction Co.,

<u>/s/ Joseph L. Lanza</u>
Joseph L. Lanza